Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Benjamin D. Seal
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

SEP 19 2024

SEAN F. McAVOY, CLERK
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>JOSE BAUTISTA ANDRADE,<br><br>　　　　　　　　Defendant. | INDICTMENT   1:24-CR-2064-SAB<br><br>Vio:  21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), (vi) & 846<br>Conspiracy to Distribute Methamphetamine and Fentanyl<br>(Count 1)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)<br>Possession with the Intent to Distribute 50 Grams of Pure Methamphetamine<br>(Count 2)<br><br>21 U.S.C. § 841(a)(1), (b)(1)(A)(vi)<br>Possession with the Intent to Distribute 400 Grams of Fentanyl<br>(Count 3)<br><br>18 U.S.C. § 924(c)(1)(A), Possession of Firearms in Furtherance of Drug |

INDICTMENT – 1

Trafficking
(Count 4)

18 U.S.C. § 924, 21 U.S.C.
§ 853, 28 U.S.C. § 2461(c)
Forfeiture Allegations

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown but by on or about October 2023, and continuing to on or about February 6, 2024, in the Eastern District of Washington and elsewhere, the Defendant, JOSE BAUTISTA ANDRADE, did knowingly and intentionally combine, conspire, confederate and agree together with other persons, both known and unknown to the Grand Jury, to commit the following offenses: distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), and distribution of 400 grams or more of a mixture or substance containing, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi), all in violation of 21 U.S.C. § 846.

## COUNT 2

On or about February 6, 2024, in the Eastern District of Washington, the Defendant, JOSE BAUTISTA ANDRADE, knowingly possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about February 6, 2024, in the Eastern District of Washington, the Defendant, JOSE BAUTISTA ANDRADE, knowingly possessed with intent to distribute 400 grams or more of a mixture or substance containing a detectable

INDICTMENT – 2

amount of, N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(vi).

COUNT 4

On or about February 6, 2024, in the Eastern District of Washington, the Defendant, JOSE BAUTISTA ANDRADE, did knowingly possess firearms, that is: a Springfield Model XD-1 .45 caliber pistol bearing serial number AT196246; a Springfield Model XD-9 9mm pistol bearing serial number XS919470; a Springfield Model XD .45 caliber pistol bearing MG579976; and, a Taurus Model PT 24/7 .40 caliber pistol with an obliterated serial number, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, to wit: Possession with Intent to Distribute 50 Grams or more of Actual (Pure) Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii), as charged in Count 2, all in violation of 18 U.S.C. § 924(c)(1)(A).

NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in Counts 1-3 of this Indictment, Defendant, JOSE BAUTISTA ANDRADE, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s). The property to be forfeited includes, but is not limited to:

    a Springfield Model XD-1 .45 caliber pistol bearing serial number AT196246;

INDICTMENT – 3

|1|a Springfield Model XD-9 9mm pistol bearing serial number XS919470;|
|---|---|
|2|a Springfield Model XD .45 caliber pistol bearing MG579976; and,|
|3|a Taurus Model PT 24/7 .40 caliber pistol with an obliterated serial number.|

If any forfeitable property, as a result of any act or omission of the Defendant:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

Pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 924(c)(1)(A), as set forth in Count 4 of this Indictment, Defendant, JOSE BAUTISTA ANDRADE, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense, including, but not limited to:

a Springfield Model XD-1 .45 caliber pistol bearing serial number AT196246;

a Springfield Model XD-9 9mm pistol bearing serial number XS919470;

a Springfield Model XD .45 caliber pistol bearing MG579976; and,

a Taurus Model PT 24/7 .40 caliber pistol with an obliterated serial number.

//
//
//
//
//

INDICTMENT – 4

DATED this 18th day of September 2024.

*Vanessa Waldref*
Vanessa R. Waldref
United States Attorney

*Benjamin Seal*
Benjamin D. Seal
Assistant United States Attorney

INDICTMENT – 5